# EXHIBIT B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, _ShahPour Javidzad_, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1.     I have reviewed a class action complaint asserting securities claims against LDK Solar and wish to join as a plaintiff retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2.     Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     My transactions in LDK Solar during the Class Period of June 1, 2007 – October 8, 2007 were as follows (and/or were as indicated on the listing attached to this declaration):

| DATE | TRANSACTION (buy/sell) | NO. OF SHARES | PRICE PER SHARE |
|------|------------------------|---------------|-----------------|
| Please see confirmation sheets attached | | | |

5.     During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action under the federal securities laws except as follows:

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct.

Executed this _13 Th_ Day of _November_, 2007.

_[signature]_

**O**PPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account :     **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

FINANCIAL ADVISOR:

0002.03.03.0497

SHAHPOUR JAVIDZAD

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 09-28-2007 | 10-01-2007 | 0928QD004733-01 |

| | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | PLDK70X |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L9VN | B | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU SOLD:**

PUT LDK OCT @ $70
EXP 10/20/07
LDK SOLAR CO LTD
OPENING
OPN UNCVRD
UNSOLICITED

| | |
|---|---|
| QUANTITY | 100 |
| PRICE | 5.20 |
| PRINCIPAL | 52,000.00 |
| INTEREST | |
| COMMISSION | 350.00 |
| SEC FEE | .80 |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **51,644.20** |



**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market). C (Capacity), T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 51,644.20 | | 10-01-2007 |
| | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

Office Serving Your Account : **CONFIRMATION**

 OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

10880 WILSHIRE BOULEV
24TH FLOOR
LOS ANGELES, CA  900

0002.05.04.0476
SHAHPOUR JAVIDZAD

FINANCIAL ADVISOR:

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-01-2007 | 10-04-2007 | 1001QR000927-77 |

| | FA | SYMBOL |
|---|---|---|
| 2 | 6C2 | LDK |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 10,000 |
| PRICE | 69.8136 |
| PRINCIPAL | 698,136.00 |
| INTEREST | |
| COMMISSION | 400.00 |
| SEC FEE | |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **698,541.00** |

 **SIPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity). T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 698,541.00 | | 10-04-2007 |

| | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

**O**PPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.05.01.0476

SHAHPOUR JAVIDZAD

FINANCIAL ADVISOR

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
| --- | --- | --- |
| 10-01-2007 | 10-02-2007 | 1001QD005323-01 |

| | T* | FA | SYMBOL |
| --- | --- | --- | --- |
| | 2 | 6C2 | PLDK70X |

| CUSIP NUMBER | M | C* | INTERNAL USE |
| --- | --- | --- | --- |
| 50183L9VN | B | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU SOLD:**

PUT LDK OCT @ $70
EXP 10/20/07
LDK SOLAR CO LTD
OPENING
OPN UNCVRD
UNSOLICITED

| | |
| --- | --- |
| QUANTITY | 100 |
| PRICE | 5.50 |
| PRINCIPAL | 55,000.00 |
| INTEREST | |
| COMMISSION | 350.00 |
| SEC FEE | .85 |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **54,644.15** |



**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:

| NET AMOUNT | | SETTLEMENT DATE |
| --- | --- | --- |
| 54,644.15 | | 10-02-2007 |
| | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

M.0002.0476.05.01 0.00 ZC1032766653 OPCC 071002001-002 001 CDPC1N9-CN958.PS 1 01

# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  9

0003.09.03.0022

SHAHPOUR JAVIDZAD

FINANCIAL ADVISOR

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-03-2007 | 10-09-2007 | 1003QR000861-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| 2 | | 6C2 | LDK |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | | 0 | |

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
## YOU BOUGHT:

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 66.923 |
| PRINCIPAL | 334,615.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **334,865.00** |

**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD
1

| NET AMOUNT | SETTLEMENT DATE |
|---|---|
| 334,865.00 | 10-09-2007 |

| FA | TAX IDENTIFICATION |
|---|---|
| 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0003.09.04.0022

SHAHPOUR JAVIDZAD

FINANCIAL ADVISOR:  MOSHTAEL, RANDY

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-03-2007 | 10-09-2007 | 1003QR000862-77 |

| | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | LDK |

| CUSIP NUMBER | | M | C* | INTERNAL USE |
|---|---|---|---|---|
| 50183L107 | | 1 | 0 | |

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
## YOU BOUGHT:

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 15,000 |
| PRICE | 63.26 |
| PRINCIPAL | 948,900.00 |
| INTEREST | |
| COMMISSION | 600.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **949,500.00** |

**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 949,500.00 | | 10-09-2007 |
| | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

FINANCIAL AI

0003.09.05.0022

SHAHPOUR JAVIDZAD

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-03-2007 | 10-09-2007 | 1003QR000863-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| 2 | 6C2 | LDK |

| CUSIP NUMBER | M* | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | 1 | 0 | |

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
## YOU BOUGHT:

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 61.52 |
| PRINCIPAL | 307,600.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **307,850.00** |

**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 307,850.00 | | 10-09-2007 |
| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0003.09.06.0022

SHAHPOUR JAVIDZAD

FINANCIAL ADVIS

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-03-2007 | 10-09-2007 | 1003QR000864-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | LDK |

| CUSIP NUMBER | | M | C* | INTERNAL USE |
|---|---|---|---|---|
| 50183L107 | | 1 | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 60.00 |
| PRINCIPAL | 300,000.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **300,250.00** |

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

0

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 300,250.00 | | 10-09-2007 |
| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0003.09.07.0022

SHAHPOUR JAVIDZAD

FINANCIAL A

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-03-2007 | 10-09-2007 | 1003QR000865-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| ...........2 | | 6C2 | LDK |

| CUSIP NUMBER | | M   C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | | 0 | |

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
## YOU BOUGHT:

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 57.8656 |
| PRINCIPAL | 289,328.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **289,583.00** |



*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

SECURITIES INVESTOR PROTECTION CORPORATION

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 289,583.00 | | 10-09-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  90024

0003.09.08.0022

SHAHPOUR JAVIDZAD

FINA:

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER | | |
|---|---|---|---|---|
| 10-03-2007 | 10-09-2007 | 1003QR000866-77 | | |
| ACCOUNT NUMBER | T* | FA | SYMBOL | |
| | 2 | 6C2 | LDK | |
| CUSIP NUMBER | | M | C* | INTERNAL USE |
| 50183L107 | | 1 | 0 | |

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
## YOU BOUGHT:

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 58.00 |
| PRINCIPAL | 290,000.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **290,250.00** |

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | SETTLEMENT DATE |
|---|---|
| 290,250.00 | 10-09-2007 |
| ACCOUNT NUMBER    FA | TAX IDENTIFICATION |
| 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  90024

0003.09.09.0022

SHAHPOUR JAVIDZAD

**FINANCIAL**

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-03-2007 | 10-04-2007 | 1003QD006026-01 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | PLDK60X |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L9VL | B | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU SOLD:**

PUT LDK OCT @ $60
EXP 10/20/07
LDK SOLAR CO LTD
OPENING
OPN UNCVRD
UNSOLICITED

| | |
|---|---|
| QUANTITY | 100 |
| PRICE | 4.50 |
| PRINCIPAL | 45,000.00 |
| INTEREST | |
| COMMISSION | 350.00 |
| SEC FEE | .69 |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **44,644.31** |



*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

SECURITIES INVESTOR PROTECTION CORPORATION

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | SETTLEMENT DATE |
|---|---|
| 44,644.31 | 10-04-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.06.05.0013

SHAHPOUR JAVIDZAD

FINANCIAL ADV

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-04-2007 | 10-10-2007 | 1004QR000794-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| 2 | | 6C2 | LDK |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 45.9444 |
| PRINCIPAL | 229,722.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **229,977.00** |



SIPC
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 229,977.00 | | 10-10-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

**O**PPENHEIMER
Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.06.06.0013

SHAHPOUR JAVIDZAD

.0

FINANCIAL ADV

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-04-2007 | 10-10-2007 | 1004QR000795-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| 2 | | 6C2 | LDK |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | 1 | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU SOLD:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 47.00 |
| PRINCIPAL | 235,000.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | 3.60 |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **234,741.40** |


**SIPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | SETTLEMENT DATE |
|---|---|
| 234,741.40 | 10-10-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



**OPPENHEIMER** Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  90024

0002.05.04.0626

SHAHPOUR JAVIDZAD

FINANCIAL ADVISO

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-05-2007 | 10-11-2007 | 1005QR000900-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | LDK |

| CUSIP NUMBER | | M | C* | INTERNAL USE |
|---|---|---|---|---|
| 50183L107 | | | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 48.9908 |
| | |
| PRINCIPAL | 244,954.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| | |
| **NET AMOUNT** | **245,204.00** |

**SIPC**
member
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 245,204.00 | | 10-11-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

Office Serving Your Account : **CONFIRMATION**

**O**PPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  90024

FINANCIAL A

0002.05.05.0626

SHAHPOUR JAVIDZAD

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-05-2007 | 10-11-2007 | 1005QR000901-77 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | LDK |

| CUSIP NUMBER | | M | C* | INTERNAL USE |
|---|---|---|---|---|
| 50183L107 | | | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
AVERAGE PRICE SHOWN, DETAILS FURNISHED UPON REQUEST.
UNSOLICITED

| | |
|---|---|
| QUANTITY | 5,000 |
| PRICE | 46.4162 |
| PRINCIPAL | 232,081.00 |
| INTEREST | |
| COMMISSION | 250.00 |
| SEC FEE | |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **232,336.00** |



*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 232,336.00 | | 10-11-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

**OPPENHEIMER**
Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.05.02.0626
SHAHPOUR JAVIDZAD

FINANCIAL ADVISO

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-05-2007 | 10-09-2007 | 1005QD005688-01 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | CLDK55X |

| CUSIP NUMBER | | M | C* | INTERNAL USE |
|---|---|---|---|---|
| 50183L9JK | | 4 | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU SOLD:**

CALL LDK OCT @ $55
EXP 10/20/07
LDK SOLAR CO LTD
OPENING   (PACIFIC)
UNSOLICITED

| | |
|---|---|
| QUANTITY | 100 |
| PRICE | 3.50 |
| PRINCIPAL | 35,000.00 |
| INTEREST | |
| COMMISSION | 300.00 |
| SEC FEE | .54 |
| SERVICE CHARGE | |
| **NET AMOUNT** | **34,699.46** |




SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 34,699.46 | | 10-09-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  90024

0002.05.03.0626

SHAHPOUR JAVIDZAD

FINANCIAL A

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-05-2007 | 10-09-2007 | 1005QD005746-88 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | CLDK55X |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L9JK | 4 | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU SOLD:**

CALL LDK OCT @ $55
EXP 10/20/07
LDK SOLAR CO LTD
OPENING  (PACIFIC)
UNSOLICITED

| | |
|---|---|
| QUANTITY | 45 |
| PRICE | 4.00 |
| PRINCIPAL | 18,000.00 |
| INTEREST | |
| COMMISSION | 135.00 |
| SEC FEE | .28 |
| SERVICE CHARGE | |
| **NET AMOUNT** | **17,864.72** |



*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

SECURITIES INVESTOR PROTECTION CORPORATION

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | SETTLEMENT DATE |
|---|---|
| 17,864.72 | 10-09-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.05.01.0626

SHAHPOUR JAVIDZAD

FINANCIAL ADV

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-05-2007 | 10-09-2007 | 1005QD005622-88 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| ? | | 6C2 | CLDK55X |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L9JK | 8 | 0 | |

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
## YOU SOLD:

CALL LDK OCT @ $55
EXP 10/20/07
LDK SOLAR CO LTD
OPENING   (PACIFIC)
UNSOLICITED

| | |
|---|---|
| QUANTITY | 100 |
| PRICE | 3.10 |
| PRINCIPAL | 31,000.00 |
| INTEREST | |
| COMMISSION | 300.00 |
| SEC FEE | .48 |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **30,694.52** |



*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

## WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 30,694.52 | | 10-09-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0003.08.04.0019

SHAHPOUR JAVIDZAD

FINANCIAL

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-08-2007 | 10-11-2007 | 1009PT000003-01 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
|  |  | 6C2 | LDK |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 |  | 0 |  |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
A/E 50183L9VN ASG PLDK70X
LVS 110 S/D 10/11/07

| | |
|---|---|
| QUANTITY | 9,000 |
| PRICE | 70.00 |
| PRINCIPAL | 630,000.00 |
| INTEREST | |
| COMMISSION | 380.00 |
| SEC FEE | |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **630,385.00** |



**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

**WE THANK YOU FOR ALLOWING US TO SERVE YOU**

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 630,385.00 | | 10-11-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
|  | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588



Office Serving Your Account :    **CONFIRMATION**

OPPENHEIMER    Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.05.02.0653

SHAHPOUR JAVIDZAD

FINANCIAL

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-12-2007 | 10-17-2007 | 1015PT000005-01 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | LDK |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
A/E 50183L9VN ASG PLDK70X
LVS 91 S/D 10/17/07

| | |
|---|---|
| QUANTITY | 1,900 |
| PRICE | 70.00 |
| | |
| PRINCIPAL | 133,000.00 |
| INTEREST | |
| COMMISSION | 133.00 |
| SEC FEE | |
| SERVICE CHARGE | 5.00 |
| | |
| **NET AMOUNT** | **133,138.00** |



**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 133,138.00 | | 10-17-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

Office Serving Your Account :    **CONFIRMATION**

**OPPENHEIMER**   Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.05.04.0653

SHAHPOUR JAVIDZAD

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-18-2007 | 10-23-2007 | 1019PT000038-01 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | LDK |

| CUSIP NUMBER | M | C* | INTERNAL USE |
|---|---|---|---|
| 50183L107 | | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
A/E 50183L9VL ASG PLDK60X
LVS 75 S/D 10/23/07

| | |
|---|---|
| QUANTITY | 2,500 |
| PRICE | 60.00 |
| PRINCIPAL | 150,000.00 |
| INTEREST | |
| COMMISSION | 150.00 |
| SEC FEE | |
| SERVICE CHARGE | 5.00 |
| **NET AMOUNT** | **150,155.00** |



**SIPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 150,155.00 | | 10-23-2007 |

| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
|---|---|---|
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

L0002.0653.05.04.0.00.ZC1033089540.OPCO_071031001-002_001.OPPC1N9-CN958.PS_1.01

**OPPENHEIMER**
Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA   90024

0002.02.02.0522

SHAHPOUR JAVIDZAD

FINANCIAL A:

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER |
|---|---|---|
| 10-18-2007 | 10-23-2007 | 1019JT000039-01 |

| ACCOUNT NUMBER | T* | FA | SYMBOL |
|---|---|---|---|
| | 2 | 6C2 | LDK |

| CUSIP  NUMBER | | M | C* | INTERNAL USE |
|---|---|---|---|---|
| 50183L107 | | | 0 | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
A/E 50183L9VN ASG PLDK70X
LVS 66

| | |
|---|---|
| QUANTITY | 2,500 |
| PRICE | 70.00 |
| PRINCIPAL | 175,000.00 |
| INTEREST | |
| COMMISSION | 75.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **175,075.00** |

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

**SIPC**
member
SECURITIES INVESTOR PROTECTION CORPORATION

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 175,075.00 | | 10-23-2007 |
| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

**Oppenheimer & Co. Inc.**
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

Office Serving Your Account : **CONFIRMATION**

**OPPENHEIMER**
Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
. Member of all Principal Exchanges

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  90024

0002.05.05.0521

SHAHPOUR JAVIDZAD

FIN

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER | | |
|---|---|---|---|---|
| 10-22-2007 | 10-24-2007 | 1022JS000937-01 | | |
| ACCOUNT NUMBER | T* | FA | SYMBOL | |
| 5 | 2 | 6C2 | LDK | |
| CUSIP  NUMBER | | M  C* | INTERNAL USE | |
| 50183L107 | | 0 | | |

**WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:**
**YOU BOUGHT:**

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
A/E 50183L9VN ASG PLDK70X

| | |
|---|---|
| QUANTITY | 6,600 |
| PRICE | 70.00 |
| PRINCIPAL | 462,000.00 |
| INTEREST | |
| COMMISSION | 297.00 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **462,297.00** |



**SiPC**
SECURITIES INVESTOR PROTECTION CORPORATION

*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions

**WE THANK YOU FOR ALLOWING US TO SERVE YOU**

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

**For the account of:**
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 462,297.00 | | 10-24-2007 |
| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |
| IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT. | | |

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588

# OPPENHEIMER

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
Member of all Principal Exchanges

Office Serving Your Account : **CONFIRMATION**

10880 WILSHIRE BOULEVARD
24TH FLOOR
LOS ANGELES, CA  90024

0002.05.04.0521

SHAHPOUR JAVIDZAD

**FINANCIAL**

| TRADE DATE | SETTLEMENT DATE | TRANSACTION NUMBER | | |
|---|---|---|---|---|
| 10-22-2007 | 10-24-2007 | 1022JS000936-01 | | |
| ACCOUNT NUMBER | T* | FA | SYMBOL | |
| | 2 | 6C2 | LDK | |
| CUSIP NUMBER | | M    C* | INTERNAL USE | |
| 50183L107 | | 0 | | |

## WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:
## YOU BOUGHT:

LDK SOLAR CO LTD
SPONSORED ADR
SEDOL# B1XG3H9 ISIN# US50183L1070 CNTRY CHINA PEOPLES
REPUBL
A/E 50183L9VL ASG PLDK60X

| | |
|---|---|
| QUANTITY | 7,500 |
| PRICE | 60.00 |
| PRINCIPAL | 450,000.00 |
| INTEREST | |
| COMMISSION | 337.50 |
| SEC FEE | |
| SERVICE CHARGE | |
| **NET AMOUNT** | **450,337.50** |



*Please refer to the reverse side M (Market), C (Capacity), T (Account type) for legend and descriptions



SIPC
SECURITIES INVESTOR PROTECTION CORPORATION

WE THANK YOU FOR ALLOWING US TO SERVE YOU

IF REMITTANCE IS REQUIRED, please mail a check made payable to the title of your account, and send it to the Office Serving Your Account listed above.

### For the account of:
SHAHPOUR JAVIDZAD

| NET AMOUNT | | SETTLEMENT DATE |
|---|---|---|
| 450,337.50 | | 10-24-2007 |
| ACCOUNT NUMBER | FA | TAX IDENTIFICATION |
| | 6C2 | ON FILE |

IF FUNDS AND/OR SECURITIES ARE NEEDED, AND ARE NOT ALREADY ON DEPOSIT IN YOUR ACCOUNT, FEDERAL REGULATIONS REQUIRE THAT THEY BE DEPOSITED BY THE SETTLEMENT DATE ABOVE, PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK MADE PAYABLE TO THE TITLE OF YOUR ACCOUNT.

☐ PLEASE CHECK HERE IF NEW ADDRESS OR
ACCOUNT CHANGE ON REVERSE SIDE

Oppenheimer & Co. Inc.
125 Broad Street
New York, NY 10004
(212) 668-8000 (800) 221-5588