UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEICHEN G. LUI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LDK SOLAR CO., LTD, et al., <br><br> Defendants. | Civil Action No. 1:07-cv-08766-JGK <br><br> <u>CLASS ACTION</u> |
| ISMAEL HALIDOU, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LDK SOLAR CO., LTD, et al., <br><br> Defendants. | Civil Action No. 1:07-cv-09745- JGK <br><br> <u>CLASS ACTION</u> |

NOTICE OF FILING OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF IN THE
RELATED ACTION PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that Allan Candelore timely filed a motion for appointment as Lead Plaintiff in the Northern District of California where a consolidated related action, *In re LDK Solar Securities Litigation*, Master File No. C-07-05182-WHA, is pending before the Honorable William Alsup.

Mr. Candelore filed his motion on November 21, 2007, in accordance with the Private Securities Litigation Reform Act of 1995, and in compliance with an Order of Judge Alsup, dated November 14, 2007 ("November 14 Order"), which provided that "[a]ny group of movants [seeking appointment as Lead Plaintiff] must narrow its candidates to one or two single investors and file answers to the appended questionnaire by November 21, 2007, including the certification called for therein." Subsequently, on November 30, 2007, Judge Alsup issued an additional order stating that "the period within which to move to serve as lead plaintiff shall be extended to DECEMBER 10, 2007." Mr. Candelore is providing notice of his filing in the Northern District of California since these actions are related and will ultimately proceed in the same court. For the reasons set forth in his motion, Mr. Candelore respectfully submits that his motion should be granted and he should be appointed Lead Plaintiff.

DATED: December 10, 2007                COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD
                                        MARIO ALBA, JR.


                                            /s/ *David A. Rosenfeld*
                                          DAVID A. ROSENFELD

                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)

- 1 -

- 2 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

*Counsel for Allan Candelore*