# EXHIBIT B

## CERTIFICATION

I, __Weichen G. Lui____, do hereby certify that:

1. I have reviewed the complaint and have authorized its filing.

2. I purchased the securities of LDK Solar Co., Ltd which are the subject of the complaint, *but not* at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 or Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. In the three years prior to this certification, I filed a class action complaint against:
   N/A

5. During the Class Period, I engaged in the following transactions:

### TRANSACTION INFORMATION

| BUY OR SELL | TRADE DATE | NO. OF SHARES | PRICE PER SHARE |
| --- | --- | --- | --- |
| Buy | Sept. 27 | 3,000 | 75.25 |
| Sell | Oct. 3 | 3,000 | 57.15 |

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class and my activities in the lawsuit, as ordered or approved by the Court.

7. Nothing herein shall be construed to be or constitute a waiver of my attorney-client privilege.

8. I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/10/ 2007.       Signature _____