# EXHIBIT C

**LDK Solar Co., Ltd.**
**1934 Exchange Act Loss Analysis**

**Total Losses**     $54,300.00

| Plaintiff | Transaction | Date | # of shares | Price per share | Loss |
|---|---|---|---|---|---|
| Weichen G. Lui | Buy | 9/27/2007 | 3,000 | $75.25 | $225,750.00 |
| | Sell | 10/3/2007 | -3,000 | $57.15 | ($171,450.00) |
| | | Shares Remaining | 0 | | |
| | | | | **Loss:** | **$54,300.00** |