**CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2007, I electronically filed the foregoing **MOTION OF WEICHEN G. LUI TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL; MEMORANDUM IN SUPPORT OF MOTION OF WEICHEN G. LUI TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL; and DECLARATION OF BRIAN BROOKS IN SUPPORT OF MOTION OF WEICHEN G. LUI TO CONSOLIDATE, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL**, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Catherine A. Torell**, ctorell@cmht.com

- **William Bernard Federman**, wfederman@aol.com

   I further certify that I caused the foregoing documents by first-class mail to the following non-CM/ECF participants:

- **Xiaofeng Peng**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Xingxue Tong**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Liangbao Zhu**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Yonggang Shao**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Gang Wang**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Louis T. Hsieh**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Jack Lai**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Nicola Sarno**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Yuepeng Wan**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Rongqiang Cui**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Pietro Rossetto**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

- **Qiqiang Yao**
  Hi-Tech Industrial Park
  Xinyu, JNG 338032
  The Peoples Republic of China

_____/s/_____
Brian D. Brooks