## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on December 11, 2007, I caused a true and correct copy of the attached:

> Notice of Filing of Motion for Appointment as Lead Plaintiff in the Related Action Pending in the Northern District of California

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

> _/s/ David A. Rosenfeld_
> David A. Rosenfeld

LDK SOLAR (NEW YORK)
Service List - 11/19/2007  (07-0211N)
Page 1 of 2

**Counsel For Defendant(s)**

James J. Farrell
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA  90071-2007
   213/485-1234
   213/891-8763(Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Catherine A. Torell<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>150 East 52nd Street, 13th Floor<br>New York, NY  10022<br>   212/838-7797<br>   212/838-7745(Fax) | Steven J. Toll<br>Daniel S. Sommers<br>Matthew B. Kaplan<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Ave., N.W., Suite 500<br>Washington, DC  20005-3964<br>   202/408-4600<br>   202/408-4699(Fax) |
| Mario Alba, Jr.<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>   631/367-7100<br>   631/367-1173(Fax) | Jeffrey W. Lawrence<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534(Fax) |
| William B. Federman<br>Federman & Sherwood<br>10205 North Pennsylvania<br>Oklahoma City, OK  73120<br>   405/235-1560<br>   405/239-2112(Fax) | Brian P. Murray<br>Brian D. Brooks<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>   212/682-1818<br>   212/682-1892(Fax) |

LDK SOLAR (NEW YORK)

Service List - 11/19/2007   (07-0211N)

Page 2 of 2

Richard A. Maniskas
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)