## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2007, I electronically filed the foregoing **PLAINTIFF WEICHEN G. LUI'S RESPONSE TO THE MOTION OF SHAHPOUR JAVIZDAD FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Catherine A. Torell**, ctorell@cmht.com

- **William Bernard Federman**, wfederman@aol.com


                                                            /s/
                                                Brian D. Brooks